*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 23, 2016                521796
_____

In the Matter of JAVON
    GONZALEZ,
                    Petitioner,

        v                                  MEMORANDUM AND JUDGMENT

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                    Respondent.
_____

Calendar Date:  May 3, 2016

Before:  McCarthy, J.P., Rose, Lynch, Mulvey and Aarons, JJ.

_____

        Javon Gonzalez, Pine City, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Julie M.
Sheridan of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision finding petitioner guilty of violating
certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding
challenging a prison disciplinary determination.  The Attorney
General has advised this Court that the determination has been
administratively reversed, all references thereto have been
expunged from petitioner's institutional record and the mandatory
$5 surcharge has been refunded to petitioner's inmate account.
In view of this, the petition must be dismissed as moot (see
Matter of Vail v Bedard, 136 AD3d 1096 [2016]; Matter of Kagan v

Lewin, 134 AD3d 1386 [2015]).  Petitioner also requests that his $15 reduced filing fee be refunded and the record discloses that he paid this amount (see Matter of Clark v New York State Dept. of Corr. & Community Supervision, 138 AD3d 1331, 1332 [2016]; Matter of Warmus v Kaplan, 133 AD3d 1026, 1027 [2015]; Matter of McKethan v Prack, 111 AD3d 1046, 1046 [2013]).

        McCarthy, J.P., Rose, Lynch, Mulvey and Aarons, JJ., concur.


        ADJUDGED that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.




                        ENTER:



                        Robert D. Mayberger
                        Clerk of the Court